UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 18-04136-BKC-3G7

LADLEY, CHRISTOPHER JOHN,

Debtor(s).

-----------------------------------------------

### APPLICATION OF TRUSTEE FOR AUTHORIZATION TO EMPLOY PETER MOCKE AS APPRAISER TO APPRAISE DEBTORS' TANGIBLE PERSONAL PROPERTY

The Trustee shows:

1. That the estate owns tangible personal property.

2. Applicant wishes to employ PETER MOCKE as appraiser. The appraiser is qualified in appraising property. The professional service to be rendered is the appraisal of the tangible personal property located at 400 East Bay Street, Suite 1910, Jacksonville, FL 32202. To the best of applicant's knowledge, PETER MOCKE has no connection with the debtor(s), the creditors or any other party in interest in this case, and holds no interest adverse to the estate, and said appraiser is disinterested within the meaning of 11 U.S.C. Section 101(13).

3. The employment of the proposed appraiser is necessary and in the best interest of the estate in that the applicant needs to determine the fair market value of said property to liquidate the same pursuant to 11 U.S.C. Section 363(b).

4. Applicant has chosen PETER MOCKE to perform this appraisal based on the experience as an appraiser and knowledge of the type of personal property to be appraised.

5. Applicant and Appraiser have agreed that appraiser may seek compensation based on an hourly rate of $100.00.

6. Notwithstanding any hourly rate quoted in this application, compensation will be determined by the court in accordance with 11 U.S.C. §328 and §330.

DATED this 30th day of January, 2019.

ALEXANDER G. SMITH
FL. Bar ID# M0323
Chapter 7 Trustee
2601 University Blvd. West
Jacksonville, FL 32217
(904) 733-3822

Copies furnished to:
Assistant U.S. Trustee
Christopher John Ladley, Debtor(s)
Michael R. Cleaveland, Debtor(s)' Attorney
Peter Mocke, Appraiser, 4827-3 Phillips Highway, Jacksonville, FL 32207

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                              CASE NO:

                                                                       18-04136-3G7

LADLEY, CHRISTOPHER JOHN,

        Debtor(s).

_____

**DECLARATION OF PROPOSED APPRAISER**

I, Peter Mocke, hereby declare:

1. That I am qualified to make appraisals of tangible personal property.

2. That, to the best of my knowledge, information, and belief, I have had no connection with the debtors, their creditors, or any party in interest; the United States Trustee, or any person employed in the office of the United States Trustee, neither hold nor represent any interest adverse to the estate; and am disinterested within the meaning of 11 U.S.C. §101(14).

3. I agree to prepare an appraisal of debtors tangible personal property, and fully understand that my employment by the estate is subject to the approval of the Bankruptcy Court, and that any compensation which I may seek for services rendered on behalf of the estate shall be subject to the review and approval of the Court.

I hereby declare under penalty of perjury that the forgoing is true and correct.

                                                           PETER MOCKE
                                                         4827-3 Phillips Highway
                                                         Jacksonville, Florida 32207
                                                         (904) 886-9200