UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                  CASE NO. 18-04136-3G7

LADLEY, CHRISTOPHER JOHN,

_____Debtor(s)_____

**CERTIFICATE OF MAILING**

I CERTIFY that on February 4, 2019, an Order Approving Application to Employ Peter Mocke as Appraiser (Doc. 9) was furnished by U.S. Mail, postage pre-paid to Debtor, and electronically by using the CM/ECF system which will send the Order(s) of electronic filing to the U.S. Trustee and Debtors' Attorney.

DATED:   February 4, 2019

*/s/ Alexander G. Smith*

ALEXANDER G. SMITH
Fla. Bar #140323
Chapter 7 Trustee
2601 University Blvd. West
Jacksonville, FL 32217
(904) 733-3822