**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

CASE NO: 18-04136-BKC-3G7

LADLEY, CHRISTOPHER JOHN,

Debtor(s).

------------------------------------------------

**TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY**
**JERRETT M. MCCONNELL AS SPECIAL ATTORNEY**

COMES NOW, ALEXANDER G. SMITH, Trustee, by and through his undersigned attorney, pursuant to Section 327, Bankruptcy Code, and makes application to this Court for an Order authorizing him to employ special counsel, and in support thereof would show the following:

1. The Trustee is in need of an Order authorizing the employment of special counsel JERRETT M. McCONNELL to prosecute preferential payments, avoidable fraudulent transfers, objections to exemptions, and any ancillary matters which may arise seeking recovery in excess of $5,000.00.

2. The Trustee wishes to employ Jerrett M. McConnell.

3. The Trustee has selected him for the reason that he has had considerable experience in the matters upon which he is to be engaged and is well qualified to represent the Trustee herein.

4. He will conduct the necessary examinations of interested parties and perform such legal services for the estate as may be required.

5. To the best of the Trustee's knowledge, neither he nor any of his firm have any connection with creditors of the estate or other parties in interest, or their attorneys which is adverse to the estate's interest.

6. The employment of Jerrett M. McConnell would be in the best interest of the estate.

7. Jerrett M. McConnell has agreed in seeking attorney's fees to charge no more than an hourly rate of $300.00.

8. Notwithstanding any hourly rate quoted in this application, compensation will be determined by the court in accordance with 11 U.S.C. §328 and §330.

WHEREFORE, ALEXANDER G. SMITH prays that he be authorized to employ Jerrett M. McConnell to represent him in these proceedings.

DATED this 6th day of February, 2019.

_____
ALEXANDER G. SMITH,
Attorney for Trustee
2601 University Blvd. West
Jacksonville, Fl 32217
(904) 733-3822

Electronic Copy furnished to:

Assistant U.S. Trustee
Michael R. Cleaveland, Esquire

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                                    Case No.: 3:18-bk-04136-PMG

CHRISTOPHER JOHN LADLEY,

          Debtor.

_____/

## DECLARATION OF PROPOSED ATTORNEY
## JERRETT M. McCONNELL

I, Jerrett M. McConnell, hereby declare:

1.     I am an attorney admitted to practice in the State of Florida and the United States Bankruptcy Court for the Middle District of Florida.

2.     I am an attorney with the law firm of McConnell Law Group, P.A. (the "Firm").

3.     I maintain an office at 6100 Greenland Rd., Unit 603, Jacksonville, FL 32258.

4.     Neither I, nor to the best of my knowledge any member of the Firm, are a creditor, equity security holder or insider of the debtor or have any connections with the debtor, or the debtor's respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5.     Based on the foregoing, I believe that neither I nor any member of my Firm hold nor represent an interest adverse to this Estate, and I am a disinterested person within the meaning of 11 U.S.C. § 101(14).

6.     My current regular hourly rate for trustee representation is $300.00, although the fee request may vary from that rate based on the factors discussed in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974) and periodic rate adjustments.

1

2

7. I agree to represent the estate as its attorney, and fully understand that my employment by the estate is subject to the approval of the Bankruptcy Court, that all funds recovered by me on behalf of the estate are property of the estate and shall be forwarded without delay to the trustee of the estate, and that any compensation which I may seek for services rendered on behalf of the estate shall be subject to the review and approval of the Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: February 4, 2019.

Respectfully submitted,

McCONNELL LAW GROUP, P.A.

JERRETT M. McCONNELL
Florida Bar #0244960
6100 Greenland Rd., Unit 603
Jacksonville, FL 32258
Phone (904) 570-9180
jmcconnell@mcconnelllawgroup.com