ORDERED.

Dated: February 07, 2019

Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

       CASE NO:   18-04136-BKC-3G7

   LADLEY, CHRISTOPHER JOHN,

     Debtor(s).

---------------------------------------------------------

**ORDER GRANTING APPLICATION OF TRUSTEE FOR**
**AUTHORITY TO EMPLOY JERRETT M. MCCONNELL AS SPECIAL ATTORNEY**

Upon the Application of Trustee for Authority to Employ Jerrett M. McConnell as Special Attorney, it is

ORDERED:

1. The Trustee is authorized to employ Jerrett M. McConnell as special attorney for the estate to prosecute objections to exemptions, and any ancillary matters which may arise seeking recovery in excess of $5,000.00.

2. Notwithstanding the hourly rate quoted in the application, compensation will be determined by the court in accordance with 11 U.S.C. §328 and §330.

Trustee Alexander G. Smith is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.